515 A.2d 301
**Charles H. GANT, Petitioner,**

v.

**MONTGOMERY PUBLISHING CO.**

Supreme Court of Pennsylvania.

Sept. 17, 1986.

Petition for Allowance of Appeal GRANTED, No. 108 E.D. Appeal Docket 1986.